# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131462

CATHERINE RUTH REEVES and
ANTHONY LYNN REEVES,
　　　　Plaintiffs-Appellants,

v

CARSON CITY HOSPITAL and LYNN
SQUANDA, D.O.,
　　　　Defendants-Appellees.

SC: 131462
COA: 266469
Ingham CC: 03-001557-NH

_____/

　　　On order of the Court, the application for leave to appeal the April 6, 2006 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *Woodard v Custer*, 476 Mich 545 (2006).



　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

d1120

Clerk